CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 2 1 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ANTHONY L. RUSH,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:08CV00053** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **NURSE VANDEVANDER, et al.,** | ) | |
| **Defendants.** | ) | **By: Hon. James C. Turk** |
| | ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that this action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim; the court declines to exercise supplemental jurisdiction over any potential state law claims, pursuant to 28 U.S.C. § 1367(c)(3); and Rush's motion to proceed in forma pauperis (docket number 3) is **DENIED AS MOOT**. Accordingly, this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 21st day of February, 2008.

Senior United States District Judge